UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AVILEZ FLOREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01892-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 10) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's complaint from February 17, 2026, through and including March 3, 2026. (Doc. 10).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a copy of the administrative record by no later than **March 3, 2026**; and

2. The briefing schedule on the parties' cross-motions for summary judgment shall remain governed by the Court's scheduling order.  (Doc. 5 ¶¶ 3-5).

IT IS SO ORDERED.

Dated:   **February 13, 2026**

_____
UNITED STATES MAGISTRATE JUDGE