UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AVILEZ FLOREZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | Case No. 1:25-cv-01892-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING<br>DEFENDANT'S TIME TO FILE A<br>RESPONSE TO PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT<br><br>(Doc. 14) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from April 20, 2026, through and including May 18, 2026.  (Doc. 14).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1.  Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **May 18, 2026**; and

2.  Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:   **April 17, 2026**                      _____
                                                             UNITED STATES MAGISTRATE JUDGE